# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

___

EDWARD J. ROZANSKI

                Appellant

    v.                                                      6:11-CV-229 (GTS)

RONALD S. MIGA and
DIANE M. MIGA

                Appellees
___

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the appeal of Edward J. Rozanski is DENIED and the decision of Bankruptcy Judge Diane Davis is AFFIRMED.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Glenn T. Suddaby, dated the 23rd day of March, 2012.

DATED: March 23, 2012

*[signature]*
Clerk of Court

                                            s/ Melissa Ennis
                                            Melissa Ennis, Deputy Clerk