# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

---

EDWARD J. ROZANSKI

                Appellant

      v.                                          6:11-CV-229
                                                  (GTS)

RONALD S. MIGA and
DIANE M. MIGA

                Appellees

---

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the appeal of Edward J. Rozanski is DENIED and the decision of Bankruptcy Judge Diane Davis is AFFIRMED.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Glenn T. Suddaby, dated the 23rd day of March, 2012.


DATED: March 23, 2012

                                                  Clerk of Court


                                                  s/ Melissa Ennis
                                                  Melissa Ennis, Deputy Clerk